UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-23381-CIV-WILLIAMS/Torres

JOHN A. OLAGUES, ET AL

    *Plaintiffs,*

VERSUS

PHILLIP FROST, M.D., ET AL

    *Defendants.*
_____/

## CORRECTED JOINT SCHEDULING REPORT

THIS MATTER was reassigned to District Court Judge Williams on October 18, 2017 after District Court Judge Altonaga recused herself (ECF #11). On November 3, 2017, defendant Phillip Frost. M.D. filed a notice (ECF #15) pursuant to Local Rule 3.8 and the Court's Internal Operating Procedures disclosing that this is a refiled action involving the identical parties and the identical claim that was previously pending before District Court Judge Martinez under Case No. 17-20287-CIV-JEM, and therefore the case should be re-assigned to Judge Martinez.

Before recusing herself, Judge Altonaga entered an Order on October 13, 2017 requiring the parties to submit a joint scheduling report (ECF #8). Without waiver of defendant Dr. Frost's position that this refiled action should be transferred to District Court Judge Martinez, the parties submit this Joint Scheduling Report.

    **Information required by S.D. Fla. L.R. 16.1(B):**

    (A)    **Likelihood of Settlement.**  The parties cannot at this time state with accuracy

the likelihood of settlement; however, settlement has been discussed between the parties.

(B)     **Likelihood of Appearance in the Action of Additional Parties.**  It is unlikely that other parties will appear in this action.

(C)     **Discovery Schedule.**  Subject to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(9)(B), the parties propose the following pretrial discovery schedule, which is based on the standard case management track pursuant to S.D. Fla. L.R. 16.1.A.2:

| **Date** | **Action** |
| --- | --- |
| December 11, 2017 | The Defendant shall respond to the Complaint, including any motion to dismiss pursuant to Fed. R. Civ. P. 12.  If the motion to dismiss is denied, then the deadline is 14 days after the denial to file responsive pleadings. |
| December 20, 2017 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. |
| January 19, 2018 | The Parties shall file any motions to amend pleadings or join parties. |
| March 15, 2018 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |
| April 23, 2018 | The Defendant shall disclose experts, expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |
| May 4, 2018 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). |
| May 18, 2018 | The Parties shall complete all discovery, including expert discovery. |
| May 21, 2018 | The Parties shall file all motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow* |

|  |  |
|---|---|
|  | *Pharmaceuticals, Inc.,* 509 U.S. 579 (1993), or for any other reason.  If a favorable ruling on the motion (s) would be case dispositive, however, all such motions must be filed by the dispositive motion deadline. |
| June 5, 2018 | The Parties shall complete mediation and file a mediation report with the Court. |
| June 16, 2018 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| August 1, 2018 | The Parties shall file their joint pretrial stipulation witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e).  The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |
| August 1, 2018 | The Parties shall submit their deposition designations. |
| August 17, 2018 | Pretrial Conference |
| On or after September 10, 2018 | Trial. |

(D)     **Proposals for the Formulation and Simplification of Issues.**  At this time, the parties do not have any proposals for the formulation and simplification of any issues.  As the case progresses, the parties will, if appropriate, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

(E)     **Necessity of Amendments to Pleadings.**  Amendments to pleadings should be allowed in accordance with the attached schedule; however, that is unlikely to occur.

(F)     **Admissions and Stipulations Which Will Avoid Unnecessary Proof.**  Stipulations regarding authenticity of documents and electronically stored information should be allowed.  The parties will work together to obtain admissions and stipulations that will avoid

unnecessary proof at trial.

(G) **Suggestion for the Avoidance of Unnecessary Proof and of Cumulative Evidence.**  The parties will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial.

(H) **Referral of Matters to Magistrate Judge.**  The parties agree to a limited referral of discovery and non-dispositive matters to the assigned Magistrate Judge.

(I) **Preliminary Estimate of the Time Required for Trial.**  If this case survives dispositive motions and a trial is required, the parties believe 3 days be required for trial.

(J) **Pretrial Conference and Trial Dates.**  The parties request that the pretrial conference be scheduled for August 17, 2018 and that trial be scheduled to commence on or after September 10, 2018.

(K) **Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference.**  At this time, the parties are unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.

(L) **Good Faith Estimate of Specific Dollar Valuation of Damages.**  The parties at this time cannot agree on a good faith estimate of the amount in controversy.

CONSENT OF COUNSEL FOR PLAINTIFFS

Pursuant to Rule 3J(3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Defendant represents to the Court that counsel for Plaintiffs has authorized him to affix their electronic signature to this Joint Scheduling Report.

November 15, 2017                                          Respectfully submitted,

**LAW OFFICE OF CONRAD WILLKOMM**               **HOMER BONNER JACOBS, P.A.**

By:   */s/ W. Conrad Willkomm*                   By:   */s/ Peter W. Homer*
      W. Conrad Willkomm (FBN 0697338)                 Peter W. Homer (FBN 291250)
      Email: conrad@swfloridalaw.com                   Email: phomer@homerbonner.com
      3201 Tamiami Trail                               1200 Four Seasons Tower
      Second Floor                                     1441 Brickell Avenue
      Naples, FL 34103                                 Miami, FL 33131
      Telephone:   (239) 262-5303                      Phone:
      Facsimile: (239) 262-6030                        Facsimile:
                                                       *Attorneys for Defendant*
                                                          *Phillip Frost, M.D.*

**LAW OFFICE OF KEVIN C. SCHOENBERGER**

By:   */s/ Kevin C. Schoenberger*
      Kevin C. Schoenberger
      *Admitted Pro Hac Vice*
      Email: kcschoenberger@gmail.com
      201 St. Charles Avenue
      Suite 2422
      New Orleans, LA 70170
      Telephone: (504) 525-1143
      Facsimile: (504) 587-0901

      *Attorneys for Plaintiffs, John A. Olagues*
         *and Ray Wollney*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 15, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the following:

| | |
|---|---|
| W. Conrad Willkomm (FBN 0697338) | Kevin C. Schoenberger |
| 3201 Tamiami Trail | 201 St. Charles Avenue |
| Second Floor | Suite 2422 |
| Naples, FL 34103 | New Orleans, LA 70170 |
| Telephone: (239) 262-5303 | Telephone: (504) 525-1143 |
| Facsimile: (239) 262-6030 | Facsimile: (504) 587-0901 |
| Email: conrad@swfloridalaw.com | Email: kcschoenberger@gmail.com |

*/s/ Peter W. Homer*
Peter W. Homer